IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICA SCOTT, <br><br>Defendant. | Case No. 19-cv-00910-MMC <br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT** <br><br>Re: Dkt. No. 6 |

Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed February 21, 2019, by which said Magistrate Judge recommends the Court remand the above-titled action for lack of subject matter jurisdiction. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: March 13, 2019

MAXINE M. CHESNEY
United States District Judge